**No. 26-4072 and No. 26-4111**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**

**Kane County, Utah**
*Plaintiff-Appellee*

**The State of Utah**
*Plaintiff-Appellee*
v.
**The United States of America**
*Defendant-Appellees*

**Southern Utah Wilderness Alliance**
*Proposed Defendant Intervenor-Appellant*

Appeals from the United States District Court for the District of Utah
Case Nos. 4:25-cv-0059 and 4:25-cv-0090 - Hon. David Nuffer

# APPELLEES STATE OF UTAH'S AND KANE COUNTY, UTAH'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR APPELLEES TO FILE THEIR RESPONSE BRIEFS

Shawn T. Welch
Sydney J. Sell
B. Ryder Seamons
HOLLAND & HART LLP
222 South Main Street, Suite 2200
Salt Lake City, Utah 84101
(801) 799-5800
stwelch@hollandhart.com
sjsell@hollandhart.com
brseamons@hollandhart.com
*Attorneys for Appellee Kane County, Utah*

Jason L. DeForest
K. Tess Davis
Assistant Attorneys General
Sarah Goldberg
Assistant Solicitor General
Derek Brown
Utah Attorney General
1594 West North Temple, Ste. 320
Salt Lake City, Utah 84116
(801) 554-5734
jdeforest@agutah.gov
kaitlindavis@agutah.gov
sgoldberg@agutah.gov
*Attorneys for Appellee the State of Utah*

Appellees the State of Utah ("State") and Kane County, Utah ("County"), respectfully move under Federal Rule of Appellate Procedure 26(b) for an 18-day extension of time to file their response briefs in these consolidated appeals. The United States was previously granted one 30-day extension, which extended the State and County responses as well. By the Court's first order of extension, Appellees' response briefs are currently due on or before November 16, 2026. The requested extension would require Appellees' briefs to be filed on or before December 4, 2026. The State and County request the Court to extend Appellee the United States of America's deadline to December 4, 2026, as well, to keep all responsive briefing on the same track.

Good cause exists for this requested extension. The undersigned was lead counsel regarding the K1000 Sand Dunes Road and the K1100 Hancock Road in the original trial in 2011, on appeal in *Kane Cnty., Utah, v. United States*, 772 F.3d 1205 (10th Cir. 2014), and has been lead counsel in the above captioned district court cases. Despite diligent efforts, counsel has not been able to devote sufficient time to adequately brief and prepare the issues before the court, which include issues of

first impression under the Federal Quiet Title Act, 28 U.S.C. § 2409a.

The undersigned has further been engaged in briefing involving a petition for interlocutory appeal before the Utah Court Appeals in that case captioned as *Adamantium Real Estate, LLC, v. Uinta Wax, LLC*, Case No. 20261316-CA, and two large insurance matters that remain confidential and involve large damages claims and coverage disputes.

More recently the undersigned has been asked to represent a client in another confidential matter that is now likely to require a hearing within the next two weeks.

Additionally, the District Court in two of Utah's long-running road cases recently issued several decisions and requested the parties to file in response on or before November 19th, so that the matters may be considered in a December hearing.

Moreover, the undersigned has an upcoming birthday with family members expected to visit from out-of-state, and the Thanksgiving Holiday is upcoming as well.

Finally, lead appellate counsel for the State has an oral argument scheduled in *State of Utah v. Express Scripts, Inc.*, No. 26-4035 (10th Cir.), on November 17, 2026. Because of this argument, she will be

unable to devote the significant time necessary to review and contribute to the joint brief before the current filing deadline.

WHEREFORE, the undersigned respectfully requests the Court to grant this requested extension of time for Appellees State and County (a joint brief), and the United States to file their respective response briefs. The undersigned has discussed this extension with counsel for the United States and the Southern Utah Wilderness Alliance and is authorized to represent to the Court that they do not oppose this motion.

RESPECTFULLY SUBMITTED this 5th day of November, 2026.

HOLLAND & HART LLP

*/s/ Shawn Welch*
Shawn T. Welch (U.S.B. #7113)
Sydney J. Sell (U.S.B. #17313)
B. Ryder Seamons (U.S.B. #19681)
*Attorneys for Appellee Kane County, Utah*

UTAH ATTORNEY GENERAL'S OFFICE

*/s/ Sarah Goldberg**
Sarah Goldberg (U.S.B. #13222)
Jason L. DeForest (U.S.B. #14628)
K. Tess Davis (U.S.B. #15831)
*Attorneys for Appellee State of Utah*
**Signed with permission given to filing counsel*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Word in 14-point Century Schoolbook font.

I further certify that this brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because this brief contains 482 words, excluding the parts of the brief exempted by Fed. R. App. P. 27(d).

DATED November 5, 2026.

*/s/ Shawn Welch*

## CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that with respect to this filing:

(1) all required privacy redactions have been made as required by 10th Cir. R. 25.5;

(2) if required to file additional hard copies, that the ECF submission is an exact copy of those documents; and

(3) the digital submissions have been scanned for viruses with the most recent version of Microsoft Defender and Sentinel One Firewall, and according to these programs are free of viruses.

DATED November 5, 2026.

*/s/ Shawn Welch*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Tenth Circuit via the appellate CM/ECF system.

The parties are registered CM/ECF users and they will be served by the appellate CM/ECF system.

*/s/ Shawn Welch*

40128378_v1